AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KENNETH MAINOR,

Plaintiff,

v.

JANE DOE,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 2:23-cv-019

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, pursuant to the Order of the Court dated March 15, 2023, Plaintiff's Complaint is dismissed without prejudice for failure to follow this Court's Order and failure to prosecute this civil action. Plaintiff is denied leave to appeal in forma pauperis, and this case stands closed.

Approved by: _____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

March 16, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
(By) Deputy Clerk

GAS Rev 10/2020